**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IDRIS ABDUS SABER,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| **v.** | **NO. 23-3350** |
| **NAVY FEDERAL CREDIT UNION,**<br>**VINCENT PENNISI, & ALAN RADNEY,**<br>           **Defendants.** | |

**O R D E R**

**AND NOW**, this 31st day of August, 2023, upon consideration of Plaintiff Idris Abdus Saber's Motion to Proceed *In Forma Pauperis*, (ECF No. 1), and *pro se* Complaint, (ECF No. 2),

**IT IS HEREBY ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED**.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED** as follows:

   a.   Saber's federal claims are **DISMISSED WITH PREJUDICE**.

   b.   Saber's state claims are **DISMISSED WITHOUT PREJUDICE**.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.


**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**